JAMES G. SLEGEL, executor, &c., complainant,

*v.*

EFFIE SLEGEL, defendant.

[Decided January 4th, 1945.]

*Mr. Harry Gersten* and *Mr. Louis Ogusl,* for the complainant.

*Mr. Herman E. Dullz,* for the defendant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *135 N. J. Eq. 5.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.